HENRY H. PERSONS et al., as Receivers of the BANK OF COMMERCE IN. BUFFALO, Respondents, *v.* WILLIAM H. GARDNER et al., Appellants, and ROBERT R. HEFFORD et a.., Respondents.

*Persons* v. *Gardner,* 113 App. Div. 597, affirmed.
(Argued March 12, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term in an action against stockholders of a bank to recover a deficiency in its assets.

*Adelbert Moot* for appellants.

*Edward R. Bosley* for plaintiffs, respondents.

*George Wadsworth* for defendants, respondents.

Judgment affirmed, with costs, on opinion of WILLIAMS, J., below.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

J. NOYES SHAUGHNESSY, Respondent, *v.* ARTHUR D. WEEKES, Appellant.

*Shaughnessy* v. *Weekes,* 111 App. Div. 918, affirmed.
(Submitted March 13, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a. new trial in an action to recover for services alleged to have been rendered by a real estate broker in procuring the sale of real property.

*Edgar M. Leventritt* and *Henry A. Forster* for appellant.

*J. Culbert Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.

---

GEORGE H. NEIDLINGER, Respondent, *v.* WILLIAM E. D. STOKES, Appellant.

*Neidlinger* v. *Stokes,* 107 App. Div. 624, affirmed.
(Argued March 13, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action against a surety to recover for a breach of contract by his principal.

*Ernest Hall, John C. Fisher, Hiram R. Fisher* and *Albert H. Gleason* for appellant.

*Frank Harvey Field, R. Percy Chittenden* and *Walter Lester Glenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.

---

GEORGE H. NEIDLINGER, Respondent, *v.* THE ONWARD CONSTRUCTION COMPANY, Appellant.

*Neidlinger* v. *Onward Constr. Co.,* 107 App. Div. 398, affirmed.
(Argued March 13, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered